**No. 53659.**—Vintage Wine, Inc. *v.* United States, protests 122503–K, etc.   (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.